**INDEX OF EXHIBITS**

<u>Romero Chua v. America's Wholesale Lender (Countrywide Home Loans)</u>
United States Dist. Ct. – Southern Dist., Case No. 09-cv-0105 L-LSP

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 1. | Adjustable Rate Note for $454,500.00 dated March 16, 2006 | 1 |
| 2. | Deed of Trust recorded in the Official Records of the San Diego County Recorder on March 27, 2006, Instrument No. 2006-0208082 | 5 |
| 3. | Home Equity Credit Line Agreement and Disclosure Statement in the original principal sum of $56,800.00 dated March 16, 2006 | 37 |
| 4. | Deed of Trust recorded in the Official Records of the San Diego County Recorder on March 27, 2006, Instrument No. 2006-0208083 | 48 |
| 5. | Full Reconveyance (First Deed of Trust) recorded Official Records of the San Diego County Recorder on April 23, 2009, Instrument No. 2009-0210556 | 87 |
| 6. | Full Reconveyance (Second Deed of Trust) recorded Official Records of the San Diego County Recorder on April 23, 2009, Instrument No. 2009-0210557 | 88 |
| 7. | Grant Deed transferring title to R & C Trust dated February 19, 2009, recorded on April 23, 2009, Instrument No. 2009-0210558 | 89 |