# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMERO CHUA, | Civil No. 09cv105-L(WVG) |
| Plaintiff, | **ORDER REGARDING ORAL ARGUMENT** |
| v. | |
| AMERICA'S WHOLESALE LENDER, | |
| Defendant; | |
| AND RELATED COUNTERCLAIM. | |

Currently scheduled on this court's calendar for July 19, 2010 is Counterclaimant BAC Home Loans Servicing, LP's motion for a default judgment. The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on July 19, 2010 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED**.

DATED: July 12, 2010

M. James Lorenz
United States District Court Judge

09cv105

COPY TO:

HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL